# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 9 2007

November 8, 2007

**BY FAX**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

Application GRANTED. The conference is adjourned to
11/29/07 at 3:15 pm in Courtroom 20-C

SO ORDERED:

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Jennifer Rowe**
      07 Cr. 771 (PAC)

Dear Judge Crotty:

I write on behalf of my client, Jennifer Rowe, to respectfully request a two-week adjournment of the status conference in her case, scheduled for November 13, 2007 at 2:45 p.m. I am requesting the adjournment because the defense needs additional time to review the discovery in the case to inform the Court whether we intend to file any motions. The Government was approximately two weeks late in providing the discovery, as the discovery is quite extensive.

I have spoken to Assistant United States Attorney Todd Blanche, who consents to this adjournment request on behalf of the Government. There have been no previous requests for an adjournment. Both the defense and the Government are available on the following dates and times:

- Tuesday, November 27, 2007 – anytime except 9 A.M. or 4 P.M
- Wednesday, November 28, 2007 – anytime between 12 P.M. and 3:30 P.M.
- Thursday, November 29, 2007 – ~~anytime between 12:30 P.M. and 4:30 P.M.~~ 3:15

The parties request an exclusion of time under the Speedy Trial Act until the next conference. The defense's need for additional time to review discovery serves the interests of justice and outweighs the needs of the defendant and the public in a speedy trial.

Respectfully submitted,

Fiona Doherty
Attorney for **Jennifer Rowe**
Tel: (212) 417-8734

**MEMO ENDORSED**

cc:   Todd W. Blanche, Esq. (by fax)

TOTAL P.002