UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA          :

        v.                                              :

JENNIFER ROWE,                              :

        Defendant.                           :

------------------------------------------------------x

**NOTICE OF MOTION**

07 Cr. 771 (PAC)

**PLEASE TAKE NOTICE**, that upon the annexed affirmations of Jennifer Rowe and Fiona Doherty, Esq., and the accompanying Memorandum of Law, the undersigned will move this Court, before the Honorable Paul A. Crotty, United States District Judge for the Southern District of New York, at a time to be designated by the Court, for an order, pursuant to Rules 12 and 41 of the Federal Rules of Criminal Procedure, suppressing statements obtained from Ms. Rowe in violation of <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966), and the Fifth Amendment to the United States Constitution, or granting an evidentiary hearing on this motion, and granting such other further relief as the Court deems just and proper.

Dated: New York, New York
        December 20, 2007

LEONARD F. JOY, ESQ.
Federal Defenders of New York
Attorney for Defendant
**JENNIFER ROWE**
52 Duane Street - 10th Floor
New York, New York 10007
Tel.: (212) 417-8764

_Fiona Doherty_
FIONA DOHERTY, ESQ.
Of Counsel

TO: **MICHAEL J. GARCIA, ESQ**.
United States Attorney
Southern District of New York
One. St. Andrew's Plaza
New York, New York 10007
Attn: **TODD W. BLANCHE, ESQ.**
Assistant United States Attorney