REQUESTED BY: PARLATORE, VINCENT R

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br><br>&lt;UNAPPROVED&gt;<br>&lt;UNAPPROVED&gt; | TECS ACCESS CODE 3 |
|---|---|
| | PAGE   1 |
| | CASE NUMBER NY17DR06NY0016 |

| TITLE: JENNIFER ROWE ET. AL. |
|---|

| CASE STATUS: | INTERIM RPT | | |
|---|---|---|---|
| REPORT DATE | DATE ASSIGNED<br>061606 | PROGRAM CODE<br>2J1 | REPORT NO.<br>010 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS

TOPIC: ARREST OF ROWE

SYNOPSIS:
On September 20, 2007, at about 0630 hours, ICE SAC/NY agents arrested Jennifer ROWE at her Mount Vernon, New York residence pursuant to a criminal warrant issued in the Southern District of New York. ROWE and her co-conspirator, Pape SECK, are charged with violating 18USC371, conspiracy to commit visa fraud. SECK is currently a fugitive. Details of ROWE's arrest follow.

| DISTRIBUTION:<br>SACNY | SIGNATURE: _____<br>PARLATORE   VINCENT   R   SPECIAL AGENT |
|---|---|
| | APPROVED: _____<br>PICA   JOSEPH   A   OI GRP SUPERVISOR |
| | ORIGIN OFFICE: NY<br>NEW YORK, NY - SAC | TELEPHONE: 212 264 1343 |
| | | TYPIST: PARLATORE |

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE <br><br> \<UNAPPROVED\> <br> \<UNAPPROVED\> <br> REPORT OF INVESTIGATION CONTINUATION | PAGE   2 |
|---|---|
| | CASE NUMBER NY17DR06NY0016 |
| | REPORT NUMBER: 010 |

Details of Investigation:
On September 20, 2007, at about 0630 hours, ICE SAC/NY agents arrested Jennifer ROWE at her Mount Vernon, New York residence pursuant to a criminal warrant issued in the Southern District of New York. ROWE and her co-conspirator, Pape SECK, are charged with violating 18USC371, conspiracy to commit visa fraud. SECK is currently a fugitive.

Following her arrest, ROWE was transferred to 26 Federal Plaza New York, New York for processing. ROWE voluntarily waived her rights and agreed to speak to agents about her recent conversations with SECK and her involvement in the visa fraud scheme.

ROWE stated that SECK telephoned her residence about one month ago and told her that he returned to the United States with $100,000 and an undisclosed number of passports. SECK told her that he was too scared to return the money and passports. Ultimately, SECK did not contact her again to arrange for the pickup of the money and passports.

ROWE stated that she had similar contact with SECK in June, 2006. SECK promised to give her money and passports but failed to complete the transaction. ROWE stated that she did not contact the authorities following her conversations with SECK and did not provide an explanation as to why. ROWE stated that a foreign number appeared on her caller-id during her conversation with SECK in June, 2006.

ROWE stated that she had cashed at least five money orders which prospective applicants had given to her, and that she had given the money to SECK and an individual named ZONGO. ROWE did not explain why she had not previously informed authorities about ZONGO.

ROWE stated that she had been receiving calls from various individuals whose identities she refused to provide. These individuals instructed her to be aware that law enforcement officials may be surreptitiously recording her telephone conversations and advised her to be careful.

ROWE stated that Joyce PRINCE recently contacted her and informed her that she had recently spoken with this writer. However, she did not provide details about their conversation.

ROWE stated that she learned of the LULAC program from an unidentified female who worked at a realtor's office. No further information was provided.

Following questioning, agents transferred ROWE to New York Downtown Hospital where she received treatment for diabetes. Once ROWE was declared fit for

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br><UNAPPROVED><br><UNAPPROVED><br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE   3 |
|---|---|
| | CASE NUMBER NY17DR06NY0016 |
| | REPORT NUMBER: 010 |

confinement, ROWE was transferred to the Southern District of New York courthouse, where she appeared before U.S. Magistrate Judge Theodore Katz. ROWE was ordered released on a $50,000 personal recognizance bond, with pretrial supervision to include mental health treatment.

Investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

00144