```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 4 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

        - against -

Jennifer Rowe,
        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

1: 07 Cr. 771  (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

The Assistant Federal Defender assigned to this case, <u>Fiona M. Doherty</u>, is hereby relieved as counsel to defendant Dean Jones. The C.J.A. attorney assigned to receive cases on Tuesday, March 4, 2008, <u>David Gordon,</u> is hereby **ORDERED** to assume representation of the defendant in the above captioned matter. See transcript of proceeding held on March 4, 2008 for complete details

Dated: New York, New York
       March 4, 2008

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge