AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

## APPEARANCE

Case Number:  07 CR 00771-01 (PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JENNIFER ROWE - DEFENDANT

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/9/2008 | *David Gordon* (signature) |
| Date | Signature |
| | DAVID GORDON — DG-4096 |
| | Print Name — Bar Number |
| | 148 EAST 78TH STREET |
| | Address |
| | NEW YORK,  NY  10075 |
| | City    State    Zip Code |
| | (212) 772-6625    (914) 725-3229 |
| | Phone Number    Fax Number |