UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,         :     **NOTICE OF APPEARANCE**

    - v. -                       :     07 Cr. 771 (PAC)

JENNIFER ROWE,                    :

        Defendant.             :

- - - - - - - - - - - - - - - - x

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney for the
                            Southern District of New York

           By:   /s/_____
                Edward Y. Kim
                Assistant United States Attorney
                Tel.: (212) 637-2401
                Fax: (212) 637-2527