```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____9_____
DATE FILED: SEP  9  2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

                                               1: 07 Cr. 771-01 (PAC)

   - against -                                     ORDER

Jennifer Rowe,
        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

HONORABLE PAUL A. CROTTY, United States District Judge:

On Monday, September 8, 2008, the undersigned appointed, for limited purposes, the on-duty CJA attorney for Wednesday, September 10, 2008, <u>Mr. Richard B. Lind</u>[1]. For the reasons set forth on the record, Mr. Lind is hereby authorized to submit a CJA voucher for his compensation in this matter.

Dated: New York, New York
       September 8, 2008

                                                      SO ORDERED

                                                      *[signature]*
                                                     PAUL A. CROTTY
                                                     United States District Judge

---

[1] See transcript of proceeding held at 10:20 AM on Monday, September 8, 2008.