```
┌──────────────────────────────┐
│ USDS SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #: _____        │
│ DATE FILED: SEP 1 0 2008      │
└──────────────────────────────┘
```

*9/10/2008*

*Permission granted*
*So ordered*

*Paul Crotty*
*USDJ*

### DAVID GORDON

ATTORNEY AT LAW
148 EAST 78TH STREET
NEW YORK, NEW YORK 10075
TEL: (212) 772-6625
FAX: (914) 725-3229

September 10, 2008

By Hand
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:   *United States v. Jennifer Rowe*
             S1 07 Cr. 771 (PAC)

Dear Judge Crotty:

     This letter is to respectfully request that I be permitted to have my cellular telephone with me in the courthouse for the duration of the trial in the above-referenced matter.

                    Respectfully yours,

                    David Gordon

cc:    Ed Kim, Esq.
       Assistant United States Attorney

**MEMO ENDORSED**

**MEMO ENDORSED**